UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NASTACHA GONZALEZ, </br></br> Plaintiff, </br></br> v. </br></br> COMMONWEALTH OF MASSACHUSETTS STATE POLICE and BRIAN GLADU, </br></br> Defendants. | ) </br> ) </br> ) </br> ) </br> ) </br> ) Civil Action No. 12-30031-MAP </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

**MOTION TO REMAND OF DEFENDANT COMMONWEALTH OF MASSACHUSETTS STATE POLICE**

Pursuant to the provisions of 28 U.S.C. §§1441 and 1446, the Defendant, Commonwealth of Massachusetts State Police ("State Police"), by and through its counsel, the Attorney General of the Commonwealth of Massachusetts, moves the court to remand any and all portions of the above-entitled case as may involve the State Police to the Hampden (Massachusetts) Superior Court.

In support of its Motion to Remand, the State Police states as follows:

1. On January 20, 2012, the plaintiff, Nastacha Gonzalez, filed this complaint in the Hampden (Massachusetts) Superior Court against defendants, State Police and Brian Gladu. The summons and a copy of the complaint were served on the State Police on February 22, 2012, by service on the Massachusetts Attorney General's office. (See attached

1

*ALLOWED. The entire case, including all defendants, is ordered remanded to state court, based on lack of unanimity and upon considerations of fairness and judicial economy. So ordered. Michael A. Ponsor USDJ 3-30-12*