# UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS


NASTACHA GONZALEZ,         )
      Plaintiff,         )
                     )
          v.          )      CIVIL ACTION NO.3: 12-cv-30031-MAP
                     )
COMMONWEALTH OF       )
MASSACHUSETTS POLICE, ET AL.,  )
      Defendant,      )


## ORDER OF REMAND


**PONSOR, D.J.**

    Pursuant to the court's endorsed order of this date granting the defendant's motion to remand this case to the State Court,

it is hereby ordered that this case be closed.

    It is so ordered.


**Date:**  <u>March 30, 2012</u>          <u>**/s/ Michael A. Ponsor**</u>
                                        U.S. District Court Judge