UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
C.A. NO. 3:12-cv-30031-MAP

NASTACHA GONZALEZ,
    Plaintiff,

v.

COMMONWEALTH OF MASSACHUSETTS
STATE POLICE, and BRIAN GLADU
    Defendants.

### DEFENDANT BRIAN GLADU'S PARTIALLY ASSENTED TO MOTION FOR RECONSIDERATION OF THE ORDER REMANDING THE CASE TO THE HAMPDEN SUPERIOR COURT

Now comes the Defendant Brian Gladu with the Assent of the Commonwealth of Massachusetts, and pursuant to Fed. R. Civ. P. 59 and 60 and in compliance with Local Rule 7.1 moves this Honorable Court to reconsider its Order remanding the above captioned matter to the Hampden Superior Court of the Commonwealth of Massachusetts as the Order is wrong as a matter of law and should be corrected pursuant to Fed. R. Civ. P. 60(b)(1) and (6). The Defendant is requesting that so much of the complaint as alleges wrongdoing against Brian Gladu be allowed to remain in this Court and that the negligence count against the Commonwealth remain in the Hampden Superior Court.

The Defendant further relies upon the memorandum of law filed in support of this motion.

WHEREFORE, the Defendant, Brian Gladu, respectfully requests that this Court reconsider the Order of remand and reinstate the above captioned matter to the docket of this Court.

*ALLOWED, without opposition. The claim against co-defendant Gladu will remain in this court. So ordered.*

*Michael A. Ponsor USDJ*
*5.16.12*

[1]